**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 22-01999 |
|     Ikeisha Shellman | ) | | |
| | ) | Chapter: | Chapter 13 |
|             Debtor | ) | | |
| | ) | Judge: | Timothy A. Barnes |

## NOTICE OF MOTION

TO**:** See attached list

PLEASE TAKE NOTICE that on January 19, 2023 at 9:30 AM, I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, **either** in Courtroom 744 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604, **or** electronically as described below, and present the motion of Ikeisha Shellman to authorize settlement, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically be video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 161 329 5276 and the passcode is 433658. The meeting ID and passcode can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By:      */s/ Dale Allen Riley*
              Dale Allen Riley
              Geraci Law L.L.C.
              55 E. Monroe Street #3400
              Chicago, Illinois 60603
              312.332.1800
              ndil@geracilaw.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **In Re:** | ) | **Case No:** | **22-01999** |
| **Ikeisha Shellman** | ) | | |
| | ) | **Chapter:** | **Chapter 13** |
| **Debtor** | ) | | |
| | ) | **Judge:** | **Timothy A. Barnes** |

**CERTIFICATE OF SERVICE**

   I, Dale Allen Riley, hereby certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list by causing the same to be mailed in a properly addressed envelope, postage prepaid, from 55 E. Monroe, Suite 3400, Chicago, Illinois, on January 12, 2023 at 12:13 PM**.**

Rec No. 873739
WD - NOTICE OF MOTION HYBRID

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| **In Re:** | ) | **Case No:** | **22-01999** |
| **Ikeisha Shellman** | ) | | |
| | ) | **Chapter:** | **Chapter 13** |
| **Debtor** | ) | | |
| | ) | **Judge:** | **Timothy A. Barnes** |

## LIST OF PARTIES SERVED

Marilyn O. Marshall, 224 S. Michigan Ave. #800 , Chicago, IL 60604

Office of the U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, Illinois 60604

Ikeisha Ann Shellman, 2900 S. State Street 103, Chicago, IL 60616

See attached list

Rec No. 873739
WD - NOTICE OF MOTION HYBRID

Ikeisha Ann Shellman
2900 S. State Street #103
Chicago, IL 60616

Avant Llc/Web Bank
Attn: Bankruptcy Dept.
222 N LASALLE ST STE 160
CHICAGO IL 60601

Bright Lending
Bankruptcy Dept
PO Box 578
Ft. Belknap Agency
Hays MT 59527

Capital One Bank Usa N
Attn: Bankruptcy Dept.
PO BOX 31293
SALT LAKE CITY UT 84131

Cb Indigo/Gf
Attn: Bankruptcy Dept.
PO BOX 4499
BEAVERTON OR 97076

Comenity Bank/Avenue
Attn: Bankruptcy Dept.
PO BOX 182789
COLUMBUS OH 43218

Comenity Bank/Womnwthn
Attn: Bankruptcy Dept.
PO BOX 182789
COLUMBUS OH 43218

Crane Finance
Bankruptcy Dept.
PO BOX 477
Keshena WI 54135

Credit Acceptance Corp
Attn: Bankruptcy Dept.
PO BOX 513
SOUTHFIELD MI 48037

Credit Cube
Bankruptcy Dept.
PO BOX 133
Finley CA 95435

First Premier Bank
Attn: Bankruptcy Dept.
601 S MINNESOTA AVE
SIOUX FALLS SD 57104

Mariner Finance
Attn: Bankruptcy Dept.
8211 TOWN CENTER DR
NOTTINGHAM MD 21236

Merrick Bank Corp
Attn: Bankruptcy Dept.
PO BOX 9201
OLD BETHPAGE NY 11804

Mountain Summit Financial
Bankruptcy Dept.
635 E Highway 20
Upper Lake CA 95485

Onemain
Attn: Bankruptcy Dept.
PO BOX 1010
EVANSVILLE IN 47706

Rise/Ecs
Attn: Bankruptcy Dept.
4150 INTERNATIONAL PLZ S
FT WORTH TX 76109

Seventh Avenue
Attn: Bankruptcy Dept.
1112 7TH AVE
MONROE WI 53566

Target Cash Now
Bankruptcy Dept.
PO BOX 581
Hays MT 59527

Upstart Network Inc/F
Attn: Bankruptcy Dept.
2 CIRCLE STAR WAY
SAN CARLOS CA 94070

Webbank/Fingerhut
Attn: Bankruptcy Dept.
6250 RIDGEWOOD RD
SAINT CLOUD MN 56303

World Finance Corporat
Attn: Bankruptcy Dept.
104 S MAIN ST
GREENVILLE SC 29601

Zoca Loans
Bankruptcy Dept
9620 Las Vegas Blvd S # 593
Las Vegas NV 89123

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No: | 22-01999 |
|---|---|---|---|
| Ikeisha Shellman | ) | | |
| Debtor | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Timothy A. Barnes |

### MOTION TO AUTHORIZE SETTLEMENT

NOW COMES the Debtor, Ms. Ikeisha Shellman (the "Debtor"), by and through her attorneys, Geraci Law L.L.C., to present her **MOTION TO AUTHORIZE SETTLEMENT,** and states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtor filed her Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 02/23/2022.

3. The Debtor's plan was confirmed by the Court on 4/14/2022.

4. Schedule B of the Debtor's petition lists a breach of contract claim against Overland Bond of unknown value with $1,931 exempted pursuant to 735 ILCS 5/12-1001(b) on Schedule C.

5. The Debtor's attorney in that claim has forwarded a proposed settlement of that claim to her attorneys in the Chapter 13 that would resolve the claim with a net payment to the Debtor of $1,931 and $4,250 to her attorneys at Bardo Law. See attached Exhibit A.

WHEREFORE THE DEBTOR, Ms. Ikeisha Shellman, respectfully requests this Honorable Court enter an order:

1. Authorizing the Debtor to enter into the settlement of her claim,

2. Authorizing the disbursement of funds under that same settlement, and

3. For any other relief the court deems proper.


**By:** ___*/s/ Dale Allen Riley*___
Dale Allen Riley




**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800  (Fax):  877.247.1960